UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>GEOFFREY H. BANGERT<br><br>DEBTOR(S) | CASE NO: 10-05469-DD<br>CHAPTER: 11<br><br>NOTICE OF MOTION AND OPPORTUNITY FOR HEARING |

**TO: All Creditors and Parties in Interest**

The Debtor through his attorney hereby moves the Court for an order dismissing his Chapter 11 case.

TAKE FURTHER NOTICE that any response, return and/or objection to this application, should be filed with the Court no later than **20** days from service of motion/application and a copy simultaneously served on all parties in interest.

TAKE FURTHER NOTICE that no hearing will be held on this application, except as required by the judge, unless a response, return and/or objection is timely filed and served, in which case, the Court will conduct a hearing on **November 3, 2010**, **1:30 PM**., at **145 King Street, Suite 225**, **Charleston, South Carolina.** No further notice of this hearing will be given.

Date: September 21, 2010

/s/Michael W. Mogil
Michael W._Mogil, Esq., Court ID #07917
2 Corpus Christie Place, Ste 303
Hilton Head, SC 29928
Tel. 843-785-8110
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| **IN RE:** | **CHAPTER: 11** |
| | **CASE NO: 10-05469-DD** |
| **GEOFFREY H. BANGERT** | |
| | |
| | **MOTION TO DISMISS** |
| **DEBTOR** | **CHAPTER 11 CASE** |

The Debtor, Geoffrey H. Bangert hereby moves this Honorable Court for an Order of Dismissal of this Chapter 11 case. Debtor's case was filed on July 30, 2010. The Debtor asserts that dismissal is in the best interest of the estate and it's creditors at this time.

Chapter 11 being voluntary in nature, Debtor requests a dismissal of this case.

LAW OFFICE OF MICHAEL W. MOGIL, P.A.

/s/ Michael W. Mogil

Michael W. Mogil, Attorney for the Debtor
2 Corpus Christie Place, Ste 303
Hilton Head Island, SC 29928
Telephone/Facsimile: (843) 785-8110/(843)785-9676
SC Bar No. 07917

Hilton Head Island, SC
September 17, 2010