UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF SOUTH CAROLINA

IN RE:

Geoffrey H. Bangert,

Debtor(s).

311671-01084

CHAPTER 11
CASE NO.: 10-05469-D

NOTICE OF APPEARANCE

The undersigned hereby provides notice of an appearance in this case on behalf of JPMorgan Chase Bank, National Association, as successor in interest to Washington Mutual Bank, and requests that the firm name is added to the mailing matrix and that the firm be copied with all notices and pleadings served in this case at the address provided herein.

Rogers, Townsend & Thomas, PC
Post Office Box 100200
Columbia, SC  29202-3200

/s/Mary R. Powers
Samuel C. Waters, ID #4539
Cheryl H. Fisher, ID #7451
Reginald P. Corley, ID #7832
Jennifer W. Rubin, ID #7540
Mary R. Powers (I.D. 9121)
William S. Koehler (I.D. 9912)
Attorney for Movant
Post Office Box 100200
Columbia, SC 29202
(803) 744-4444

Columbia, South Carolina
September 23, 2010