**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number: 10-05469-dd

ORDER DISMISSING CASE

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby **ORDERED**.

**FILED BY THE COURT**
**10/18/2010**



Entered: 10/19/2010

David R. Duncan
US Bankruptcy Judge
District of South Carolina

UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | ) CHAPTER 11 |
| | ) |
| Geoffrey H. Bangert | ) CASE NO: 10-05469-dd |
| | ) |
| aka Geoffrey Hawes Bangert | ) ORDER DISMISSING CASE |
| aka Geoffrey Hanes Bangert | ) |
| aka Geoffrey Bangert | ) |
| fdba Buckhead Mortgage, LLC | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Debtor(s). | ) |
| | ) |
| | ) |

This matter is before the court on the Debtor's motion to dismiss the above-captioned case which was filed under Chapter 11 of Title 11 of the United States Code. Due notice has been given to all parties and no request for a hearing has been made.

IT IS ORDERED that:

1. The above-captioned case as to Debtor be, and it hereby is, dismissed.

2. Any fees due to the Clerk of Court pursuant to 28 U.S.C. §1930 and the appendix thereto, shall be paid within ten (10) days of the entry of this order, unless otherwise ordered by the court;

3. Any fees due to the United States Trustee pursuant to 28 U.S.C. §1930(a)(6) shall be paid within ten (10) days of the entry of this order, unless otherwise ordered by the court.

C11-304:12/01/09